**Opinion filed September 9, 2010**



# In The

# Eleventh Court of Appeals

———————

## No. 11-10-00125-CR

———————

## PEDRO SANCHEZ SALAZAR
## A/K/A PETE SANCHEZ SALAZAR, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 23744A**

## M E M O R A N D U M   O P I N I O N

The trial court convicted Pedro Sanchez Salazar a/k/a Pete Sanchez Salazar, upon his plea of guilty, of felony driving while intoxicated. Appellant also entered a plea of true to the enhancement allegation. Pursuant to the plea bargain agreement, the trial court sentenced appellant to confinement for twenty years. The trial court certified that appellant had waived his right to appeal, and the clerk's record contains appellant's waiver of appeal.

When the clerk's record was filed in this court, the parties were notified in writing that it appeared appellant had waived his right to appeal. Appellant was directed to respond showing grounds for continuing his appeal. There has been no response to our letter of August 18, 2010.

Therefore, the appeal is dismissed.

PER CURIAM

September 9, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2